# Exhibit # 1

**ROBINSON LAW, PLLC**
**Wendell C. Robinson, Esq.**
7600 Georgia Avenue, N.W. Suite 203
Washington, D.C. 20012
202-223-4470 phone, 202-726-9060 fax
Grindstonelaw@aol.com

*Wendell C. Robinson, Esq.*
*Attorney-at-law*

March 14, 2024

DC Department of Buildings, Vacant Building and Housing Abatement Admin.
1100 4th Street, SW, 8th Floor
Washington, DC. 20024

Dear DC Department of Buildings:

This office represents: Mr. Samuel Lynch. I'm seeking his exemption from the vacant real property taxation for: the Property located at: 5703 Colorado Avenue, N.W. Washington, D.C. 20010-0164, Square 2797 and Lot: 0059.

He received exemptions for tax year 2018 and 2019. **Exhibits 1 and 2**. On September 3, 2019, he sent, your office a letter, indicating that he's trying to complete the renovation of his property and request that you continue his vacant property exemption. **Exhibit # 3**. Your office rejected his plea. On March 21, 2021, your office labeled his property as occupied and removed it from the vacant property list. **Exhibit # 4**.

Mr. Lynch's property is still in activate renovation. It's been in litigation, in the DC. Superior Court's Civil Division, as a result of a tax sale, since March 23, 2023. **Exhibit # 5**. It's next court date is: April 10, 2024, at: 11:30am. **Exhibit # 6**.

I'd appreciate it if you'd review the enclosed documents and approve my client for an exemption, from the vacant property list from January 1, 2021 through the present. If not, please indicate why and what needs to be done to qualify.

I appreciate any attention you may give this request.

Sincerely,

Wendell C. Robinson, Esq.
DC Bar No: 337091
7600 Georgia Avenue, N.W., Suite 203
Washington, D.C. 20012
202-223-4470 office, 202-726-9060 fax
Email: grindstonelaw@aol.com

| ENTER FISCAL YEAR | | DC Department of Buildings<br>Office of Residential Inspections<br>1100 4th Street SW<br>Washington, DC 20024<br>Tel: (202) 442-4332  Fax: (202) 442-9564  dob.dc.gov | OFFICE USE ONLY |

## VACANT BUILDING RESPONSE FORM

**PROPERTY INFORMATION**

| SQUARE | SUFFIX | LOT | |
|---|---|---|---|
| PROPERTY ADDRESS  5703 Colorado Avenue. N.W.  Washington, D.C. 20010 | | | |
| OWNER NAME  Samuel E. Lynch | | | **STEP 1**<br>Fill out all of this<br>information<br>← |
| OWNER PHONE  301-442-1220 | | OWNER EMAIL  valarie.nixon17@gmail.com | |
| OWNER MAILING ADDRESS  5703 Colorado Avenue, N.W.  Washington, D.C. 20010 | | | |
| AGENT NAME (IF APPLICABLE)  Wendell C. Robinson, Esq. | | | |
| AGENT PHONE  202-223-4470 | | AGENT EMAIL  grindstonelaw@aol.com | |
| AGENT MAILING ADDRESS  7600 Georgia Avenue, N.W. # 203  Washington, D.C. 20012 | | | |

**RESPONSE (CHECK ONE)**

IT IS VERY IMPORTANT THAT YOU SUPPLY ALL OF THE REQUIRED DOCUMENTS LISTED NEXT TO YOUR SELECTION BELOW.

| | | |
|---|---|---|
| ☐ | YES, MY PROPERTY IS VACANT and I certify that it meets the Vacant Building Maintenance Requirements in D.C. Code §42-3131.12.<br>I will be taxed at the Class 3 rate. | Include registration fee payment of $250.00 |

OR

| | | |
|---|---|---|
| ☐ | NO, MY PROPERTY IS OCCUPIED<br>If approved, my current tax rate will not change. | Water, and any other utility bills, for the period when the building became occupied.  If a commercial property, please also include a Certificate of Occupancy. |
| ☑ | MY PROPERTY IS EXEMPT (CHECK ONE BELOW).<br>If approved, my tax rate will not change for this fiscal year. | |
| ☑ | THE PROPERTY IS UNDER ACTIVE  CONSTRUCTION | List building permit number(s). Permit(s) must have been issued, renewed, or extended within 12 months of the required registration date. |
| ☑ | THE OWNER IS ACTIVELY SEEKING TO SELL OR RENT THE PROPERTY  and I certify that it meets the Vacant Building Maintenance Requirements in D.C. Code §42-3131.12. | Attach listing agreement with realty agent contact information AND MRIS or MLS electronic listing. |
| ☐ | THE PROPERTY IS THE SUBJECT OF A PROBATE PROCEEDING OR THE TITLE IS THE SUBJECT OF LITIGATION. | Attach current deed showing ownership AND copy of Letter of Assignment showing your authority over property AND court documents showing case is active. |
| ☐ | THE PROPERTY IS THE SUBJECT OF A PENDING APPLICATION BEFORE A D.C. DEVELOPMENT BOARD. | Attach a copy of your filed application for a hearing with a particular board or commission. |
| ☐ | I AM SEEKING AN ECONOMIC HARDSHIP EXEMPTION. | Attach supporting documentation. |

**STEP 2**
Select ONE option and attach the supporting documents listed
←

**CERTIFICATION**

I, the undersigned owner or agent, certify that I have read all information on this application. The information I have provided on this form is complete and accurate. If I am not the owner, I certify that I have the authority from the owner to make such certification and decisions about the above Property. I understand that filing a false statement on this form may subject me to further penalties.

| Signature  _Wendell C. Robinson_ | Date  March 14, 2024 |

**STEP 3**
Sign and date
←

Submit online at  dob.dc.gov or mail the completed form, and any applicable required supporting documentation or payment, to the address above



**Government of the District of Columbia**
**Department of Consumer and Regulatory Affairs**

## Vacant Building Administration

May 4, 2021

SAMUEL E LYNCH
PO BOX 3164
WASHINGTON DC 20010-0164

# Exhibit # 1

RE:

| Address: | Square: | Lot: |
|---|---|---|
| 5703 COLORADO AVENUE NW | 2797 | 0059 |

Dear Sir/Madam:

The Department of Consumer and Regulatory Affairs (DCRA) has reviewed and **approved** your request for a Listing Exemption for tax year __2018 2nd half 2019 full__. approved utilizing permit number(s)__BP1803494, B1909519.__

Annually you are required by law to register vacant property o10r seek an exemption for the current tax year. DCRA will immediately notify the Office of Tax and Revenue (OTR) that the Class 3 – Vacant property has an approved exemption for this tax period and the exemption is no longer valid at the end of the documented tax period. Please be advised that the approved exemption only provides you temporary relief for paying your tax bill at the Class 1/2 rate. You may email OTR at e-services.otr@dc.gov to request a corrected bill within three (3) to five (5) buisness days of the date of this letter.

**DCRA reserves the right to revoke this exemption if the building is not maintained in accordance with the Vacant Building Maintenance Standards (§42-3131.12), the permit utilized has been revoked and/or if active construction/renovation activities are not found to be occurring at the time of any inspection conducted on the property. This action will conducted in accordance with §42-3131.08 – Notice of denial or revocation fo registration.**



If you have questions regarding this decision please email, Wilfred Lashley at wilfred.lashley@dc.gov Program Support Specialist

Sincerely,

*Donald Sullivan 05-04-2021*

Donald Sullivan,
Program Manager
Vacant Building Administration

1100 4th Street SW, Washington, DC 20024 | 202.442.4400 | dcra.dc.gov



Government of the District of Columbia
Department of Consumer and Regulatory Affairs

## Vacant Building Administration

March 17, 2021

SAMUEL E LYNCH
PO BOX 3164
Washington, DC 20010

# Exhibit # 2

RE:

| Address: | Square: | Lot: |
|---|---|---|
| 5703 COLORADO AVENUE NW | 2797 | 0059 |

Dear Sir/Madam:

The Department of Consumer and Regulatory Affairs (DCRA) has reviewed and **approved** your request for a Construction Exemption for tax year __**2019**__. The exemption was approved utilizing permit number(s) __**BP1803494,B1909519**__.

Annually you are required by law to register vacant property or seek an exemption for the current tax year. DCRA will immediately notify the Office of Tax and Revenue (OTR) that the Class 3 – Vacant property has an approved exemption for this tax period and the exemption is no longer valid at the end of the documented tax period. Please be advised that the approved exemption only provides you temporary relief for paying your tax bill at the Class 1/2 rate. You may email OTR at e-services.otr@dc.gov to request a corrected bill within three (3) to five (5) buisness days of the date of this letter.

**DCRA reserves the right to revoke this exemption if the building is not maintained in accordance with the Vacant Building Maintenance Standards (§42-3131.12), the permit utilized has been revoked and/or if active construction/renovation activities are not found to be occurring at the time of any inspection conducted on the property. This action will conducted in accordance with §42-3131.08 – Notice of denial or revocation fo registration.**

DISTRICT OF COLUMBIA
OFFICE OF
ADMINISTRATIVE HEARINGS

DCRA

Notice of Infraction

Notice No. V701712

Admit with explanation

2019 SEP -3 PM 12: 03

Samuel E. Lynch

5703 Colorado Ave., N.W.

Washington, DC 20011

**Exhibit # 3**

Dear Sir/Madam,

This notion that the property is vacation, is being caused by the Stop Work Order (SWO) that was placed on the property. which leads me to state this point.

That DCRA should not be able to classify a property vacant, while impeding the owner's effort to put the property in habitable condition through a (SWO) which prohibits entry onto the property.

While in the process to obtain a building, permit is protracted. It took me nearly one year to extricate the building permit necessary for me to be allowed entry back onto the property so that I could again begin proceed with putting the property in habitable condition.

Now here we are again I'm being threatened with another Notice of Infraction Penalty which will lead to another delay in getting the property in habitable condition again!

Not to mention the time and money it will take me to obtain another Building Permit. This also creates a hardship in that it takes away finances needed for materials and contractors.

This is a plea to untie my hands so that I can move forward with completing the necessary work and time it will take to make the property habitable.

Your assistance/guidance will be greatly appreciated and I am thanking you in advance for it.

Respectfully Submitted

Samuel E. Lynch



**Government of the District of Columbia**
**Department of Consumer and Regulatory Affairs**

## Vacant Building Enforcement

March 17, 2021

SAMUEL E LYNCH
PO BOX 3164
WASHINGTON DC 20010-0164

# Exhibit # 4

RE:

| Address: | Square: | Lot: |
|---|---|---|
| 5703 COLORADO AVENUE NW | 2797 | 0059 |

Dear Sir/ Madam:

The Department of Consumer and Regulatory Affairs (DCRA) has received your Vacant Building Response Form stating that the above listed property is occupied. Based on your submission and evidence provided, DCRA has deemed your property: **OCCUPIED**

The property will be removed from the Vacant Property List **2020 going forward** tax year, and DCRA will immediately notify the Office of Tax and Revenue (OTR) to reclassify the subject property as Occupied (Class 1/Class2).

If you have questions regarding this decision, please email Wilfred Lashley, Program Support Specialist Wilfred.lashley@dc.gov.

Sincerely,

*Donald Sullivan* 03-17-2021
Original Sign

Donald Sullivan
Program Manager

# Exhibit # 5

## Civil Actions

## Case Summary

### Case No. 2023-CAB-001866

| | | | |
|---|---|---|---|
| LOGAN TAX SERVICES, LLC v. SAMUEL E. LYNH et al. | § § § | Location: Judicial Officer: Filed on: | **Civil Actions** **Tax Sale Foreclosure, Judge** **03/23/2023** |

---

## Case Information

Case Type:  Tax Sale Foreclosure
Subtype:  Tax Sale Annual
Case Status:  **03/23/2023  Open**

---

## Assignment Information

**Current Case Assignment**
Case Number      2023-CAB-001866
Court            Civil Actions
Date Assigned    07/29/2023
Judicial Officer Tax Sale Foreclosure, Judge

**Previous Case Assignments**
Case Number      2023-CAB-001866
Court            Civil Actions
Date Assigned    03/23/2023
Judicial Officer Mortgage Foreclosure, Tax Sale
Reason           Judicial Caseload Transfer

---

## Party Information

*Lead Attorneys*

Plaintiff      **LOGAN TAX SERVICES, LLC**      **Kenny, Heidi S**
                3723 Old Court RD                *Retained*
                STE 204                          410-415-7071(H)
                                                 Law Offices of Heidi S. Kenny, LLC



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Wendell Robinson
7600 Georgia Avenue NW
Suite 203
WASHINGTON DC  20012

# Exhibit # 6

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   LOGAN TAX SERVICES, LLC v. SAMUEL E. LYNH et al.

**To:**   Wendell Robinson                          **Case Number:**    2023-CAB-001866

### NOTICE OF REMOTE STATUS HEARING

Your case is scheduled for a(n) **Remote Status Hearing** on **04/10/2024** at **11:30 AM** in **Remote Courtroom 205.**

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb205

   Meeting ID: 129 814 7399

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.